IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORTHSTAR FINANCIAL COMPANIES, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 11-5151 |
| | : | |
| JAMES J. NOCERINO and HORIZON FINANCIAL NETWORK, LLC., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 15th day of November, 2013, upon consideration of Plaintiff's second motion for sanctions, Defendants' response and Plaintiff's motion to strike Defendants' response, it is hereby **ORDERED** that:

- Plaintiff's motion to strike Defendants' response is **DENIED**.

- Plaintiff's motion for sanctions is **GRANTED** such that judgment is entered in favor of Plaintiff Northstar Financial Companies, Inc., and against Defendants James J. Nocerino and Horizon Financial Network, LLC.

- A telephone conference to discuss the issue of damages is scheduled for Wednesday, November 27, 2013 at 10:00 a.m. Plaintiff's counsel shall initiate the call with Defendant's counsel prior to calling Chambers.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**